

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

October 16th, 2003          Civil Action No. 3:03CV212(JBA)

FILED
2003 OCT 16 AM 8:55
U.S DISTRICT COURT
NEW HAVEN, CONN.

JEROME T. DUNBAR AS NATURAL
PARENT AND GARUDIAN OF THE FOUR MINOR CHILDREN
CHRISTINE DUNBAR, ROBERT DUNBAR, JEROME J. DUNBAR, COREY DUNBAR
Plaintiffs,

v.

HAMDEN BOARD OF EDUCATION,
ALIDA D. BEGINA IN HER Individual and OFFICIAL CAPACITY AS SUPERINTENDENT
OF HAMDEN PUBLIC SCHOOLS, MARY M. MARRANDINO IN HER Individual and OFFICIAL CAPACITY AS ASSISTANT SUPERINTENDENT OF HAMDEN PUBLIC SCHOOLS, EDWARD J. MACKNIAK IN HIS Individual and OFFICIAL CAPACITY AS ASSISTANT SUPERINTENDENT OF HAMDEN PUBLIC SCHOOLS, VIN IEZZEI IN HIS Individual and OFFICIAL CAPACITY AS PRINCIPAL CAPACITY AS PRINCIPAL OF HAMDEN HIGH SCHOOL, LISA NORWOOD IN HER Individual and OFFICIAL CAPACITY AS PRINCIPAL OF HAMDEN MIDDLE SCHOOL, DR. GIL REBHUN IN HIS Individual and OFFICIAL CAPACITY AS PRINCIPAL OF RIDGE HILL SCHOOL
Defendants

## NOTIFICATION TO CLERK'S OFFICE OF PLAINTIFFS / APPELLANT REQUEST FOR TRANSCRIPT OF FEBRUARY 10TH, 2003

The Plaintiff / Appellant herby notifies the court clerk and request that this request be forwarded to Sharon Montino Court reporter for Judge Arterton.

The Plaintiff / Appellant has a case #03-7576 pending in the Court Of Appeals 2nd Circuit and has to file a brief by October 30th, 2003 the Plaintiff / Appellant has not received a response from Sharon Montino and according to the clerks office and the Judges secretary she has not been in because the Judge is out of the area.

The Plaintiff / Appellant request that the clerk of this court forwards this request to Ms. Montino.

X *[signature]*

JEROME T. DUNBAR
P. O. BOX 7421
NEW HAVEN CT. 06519
203-619-3983

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

October 16th, 2003

Civil Action No. 3:03CV212(JBA)

JEROME T. DUNBAR AS NATURAL PARENT AND GARUDIAN OF THE FOUR MINORCHILDREN CHRISTINE DUNBAR, ROBERT DUNBAR, JEROME J. DUNBAR, COREY DUNBAR
Plaintiffs,

v.

HAMDEN BOARD OF EDUCATION,
ALIDA D. BEGINA IN HER Individual and OFFICIAL CAPACITY AS SUPERINTENDENT OF HAMDEN PUBLIC SCHOOLS, MARY M. MARRANDINO IN HER Individual and OFFICIAL CAPACITY AS ASSISTANT SUPERINTENDENT OF HAMDEN PUBLIC SCHOOLS, EDWARD J. MACKNIAK IN HIS Individual and OFFICIAL CAPACITY AS ASSISTANT SUPERINTENDENT OF HAMDEN PUBLIC SCHOOLS, VIN IEZZEI IN HIS Individual and OFFICIAL CAPACITY AS PRINCIPAL CAPACITY AS PRINCIPAL OF HAMDEN HIGH SCHOOL, LISA NORWOOD IN HER Individual and OFFICIAL CAPACITY AS PRINCIPAL OF HAMDEN MIDDLE SCHOOL, DR. GIL REBHUN IN HIS Individual and OFFICIAL CAPACITY AS PRINCIPAL OF RIDGE HILL SCHOOL
Defendants

## CERTIFICATION OF SERVICE

The Plaintiff / Appellant does hereby certify that a copy of this notice with foregoing LETTER to clerk has been mailed (via) United States Postal Service on or by the 17th, of October 2003 to defendant's attorney of record:
#7002241000092652556
Shipman & Goodwin
One American Row
Hartford CT.  06103-2819

X_____
Jerome T. Dunbar Plaintiff / Appellant

3